No. 540. THE UNITED STATES, PLAINTIFF IN ERROR, v. RUDOLPH AXMAN. In error to the United States Circuit Court of Appeals for the Ninth Circuit. January 3, 1910. Dismissed on motion of *Mr. Solicitor General Bowers* for plaintiff in error. *The Attorney General* and *The Solicitor General* for plaintiff in error. No appearance for defendant in error.

No. 528. THE ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY, PLAINTIFF IN ERROR, v. MITCHELL E. PICKENS. In error to the Court of Civil Appeals for the Fourth Supreme Judicial District of the State of Texas. January 3, 1910. Dismissed with costs, on motion of *Mr. Evans Browne*, in behalf of counsel for plaintiff in error. *Mr. Andrew H. Culwell* and *Mr. Gardiner Lathrop* for plaintiff in error. *Mr. Waters Davis* for defendant in error.

No. 341. CENTRAL OF GEORGIA RAILWAY COMPANY, APPELLANT, v. WILLIAM A. WRIGHT, COMPTROLLER-GENERAL OF GEORGIA, ET AL. Appeal from the Circuit Court of the United States for the Northern District of Georgia. January 3, 1910. Dismissed with costs, on motion of counsel for appellants. *Mr. Alexander R. Lawton, Mr. Henry C. Cunningham* and *Mr. T. M. Cunningham, Jr.,* for appellant. No appearance for appellees.

No. 420. JOHN HOBSON NELSON, APPELLANT, v. THE CITY OF MURFREESBORO ET AL. Appeal from the Circuit Court of the United States for the Middle District of Tennessee. January 3, 1910. Dismissed with costs, on motion of counsel for appellant. *Mr. John J. Vertrees* for appellant. No appearance for appellees.